

No. 12–0229/AR. U.S. v. Roger S. Danes. CCA 20091072. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including December 7, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*